RECEIVED
JUL 1 7 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRANDY MIZE<br>D.O.C. # 703060 | : | DOCKET NO. 2:17-cv-1528<br>SECTION P |
| VERSUS | : | JUDGE DEE D DRELL |
| FREDERICK BOUTTE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 16th day of July, 2018.

JUDGE DEE D DRELL
UNITED STATES DISTRICT JUDGE